**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**PEDRO TRINIDAD,**

                                    **Plaintiff,**                **23-CV-4232 (DEH) (VF)**

                **-against-**                               **ORDER**

**J.L. JAMISON,**

                                  **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

     The Pro Se Office is directed to mail ECF No. 15 to Petitioner's updated address:

     **Pedro Trinidad**
     **FCI Thomson**
     **Federal Correctional Institution**
     **P.O. Box 1002**
     **Thomson, IL 61285**

     The Clerk of Court is respectfully directed to update the Petitioner's address on the docket.

     **SO ORDERED.**

DATED:    March 14, 2025
               New York, New York

                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge