**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**PEDRO TRINIDAD,**

                          **Plaintiff,**               **23-CV-4232 (DEH) (VF)**

       **-against-**                                 **ORDER**

**J.L. JAMISON,**

                         **Defendant.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

Petitioner appended an Immigration Detainer from the Department of Homeland Security to his Petition for a writ of habeas corpus. See ECF No. 1 at 8-9. The Immigration Detainer states: "A detainer has been filed . . . charging [f]inal order of removal against the alien. Release is tentatively scheduled for 12/15/2025[.]" Id. at 9. The "Find an inmate" page on the Federal Bureau of Prisons website states that Petitioner is "[n]ot in BOP Custody as of: 12/15/2025." Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited May 12, 2026).

Respondent is hereby directed to confirm whether Petitioner is still in the United States, no later than **May 19, 2026**.

       **SO ORDERED.**

DATED:     May 12, 2026
             New York, New York

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge