UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO TRINIDAD,

Petitioner,

v.

J.L. JAMISON,

Respondent.

23 Civ. 4232 (DEH) (VF)

**ORDER**

DALE E. HO, United States District Judge:

On May 21, 2026, Respondent filed a letter on indicating that the Petitioner in this matter had been removed from the United States, ECF No. 20. On July 6, 2026, Magistrate Judge Figueredo issued a Report and Recommendation recommending that the Petition be dismissed as moot. ECF No. 21. Petitioner had until July 20, 2026, to file any objections to the Report. *See* Fed. R. Civ. P. 72(b) (giving parties fourteen days to file written objections). No objections were filed.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** This case is dismissed as moot.

The Clerk of Court is respectfully directed to close this case.

Dated: August 5, 2026
New York, New York

DALE E. HO
United States District Judge